1 | L. TRACEE LORENS (SBN 150138)  (tracee@lorenslaw.com)
WAYNE ALAN HUGHES (SBN 48038)  (waynecloud@aol.com)
2 | **LORENS & ASSOCIATES, APLC**
701 "B" Street, Suite 1400
3 | San Diego, CA 92101
Telephone: 619.239.1233
4 | Facsimile:  619.239.1178

5 | RAUL CADENA (SBN 185787)  (rcadena@cadenachurchill.com)
NICOLE R. ROYSDON (SBN 262237) (nroysdon@cadenachurchill.com)
6 | **CADENA CHURCHILL, LLP**
701 "B" Street, Suite 1400
7 | San Diego, CA 92101
Telephone: 619.546.0888
8 | Facsimile:  619.923.3208

9 | Attorneys for Plaintiffs and all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SABRINA LAGUNA, an individual; CARLOS ACEVEDO, an individual; TERESA SALAS, an individual; and ROES 3-50 on behalf of themselves and in a representative capacity for all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC., a Delaware Corporation; ALLIED CAPITAL CORPORATION, a Maryland Corporation; ARES CAPITAL CORPORATION, a Maryland Corporation; CNA HOLDING CORPORATION, a Delaware Corporation; TED ELLIOTT, an individual; and DOES 5 through 10 inclusive<br><br>Defendants. | Case No.: SACV11-169 DOC (PJWx)<br><br>**PLAINTIFFS' NOTICE OF RELATED CASES, PURSUANT TO LOCAL RULE 83-1.3** |

1  Pursuant to Local Rule 83-1.3 of this Court, Plaintiffs Sabrina Laguna, Carlos Acevedo, and Teresa Salas ("Plaintiffs") hereby inform the Court and the parties of the following related case pending in the United States District Court for the Southern District of California that either: (1) arises from or involves the same or closely related transactions, happenings, or events; (2) calls for a determination of the same or substantially related or similar questions of law and fact; or (3) will entail substantial duplication of labor if heard by different judges.

1. *Sabrina Laguna, et al. v. Coverall North America, Inc., et al.*, United States District Court for the Southern District of California, Case No. 09-cv-02131-JM-BGS, removed from San Diego Superior Court on September 29, 2009.

This action is related because it is the underlying case in which the subpoena to produce documents, which is at the center of the dispute in the motion to quash filed herein, was issued. It involves entirely the same plaintiffs and the same defendants, and it involves entirely the same causes of action. For these reasons, the two actions are related to each other.

**CADENA CHURCHILL, LLP**

Dated: February 2, 2011

By: /s/ Raul Cadena
Raul Cadena (185787)
Attorney for Plaintiffs