JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA LAGUNA, an individual; CARLOS ACEVEDO, an individual; TERESA SALAS, an individual; and ROES 3-50 on behalf of themselves and in a representative capacity for all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COVERALL NORTH AMERICA, INC., a Delaware corporation; ALLIED CAPITAL CORPORATION, a Maryland corporation; ARES CAPITAL CORPORATION, a Maryland corporation; CNA HOLDING CORPORATION, a Delaware Corporation; TED ELLIOTT, an individual; DOES 5-50 inclusive,<br><br>Defendants. | CASE NO. SACV11-169 DOC (PJWx)<br><br>*(Assigned to Hon. David O. Carter and Hon. Patrick J. Walsh )*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING MOTION TO QUASH**<br><br><br>Complaint Filed: August 3, 2008<br>Discovery Cut-Off: February 1, 2011<br>Trial Date: September 26, 2011 |

EAST\44324463.1

Plaintiffs Sabrina Laguna, Carlos Acevedo and Teresa Salas and defendants Coverall North America, Inc., CNA Holding Corporation and Ted Elliott (collectively, "Parties") submitted a Stipulation Regarding Plaintiffs' Motion to Quash ("Motion") the subpoena that Coverall served upon Walt Disney Parks and Resorts, U.S., Inc. ("Disney") on March 1, 2011 ("Stipulation"). Having considered all of the evidence before it in support of the Stipulation and all of the pleadings and papers filed herein, and good cause appearing, the Court issues the following Order:

IT IS HEREBY ORDERED that the Stipulation is GRANTED, Plaintiffs' Motion is withdrawn without prejudice and the above-captioned action remains pending to allow further meet and confer to proceed between counsel.

Dated: March 14, 2011

DAVID O. CARTER
David O. Carter
Judge of the U.S. District Court